AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      GUAM

UNITED STATES OF AMERICA

V.

SUTAJI aka ABADI DAHLAN

**WARRANT FOR ARREST**

Case Number: CR-05-00023

**FILED**
DISTRICT COURT OF GUAM
MAR - 9 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    SUTAJI aka ABADI DAHLAN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

**FALSE USE OF PASSPORT**

in violation of Title   18   United States Code, Section(s)   1543

MARILYN B. ALCON     *Marilyn B. Alcon*
Name of Issuing Officer     Signature of Issuing Officer

Deputy Clerk     3/9/2005     Hagatna, Guam
Title of Issuing Officer     Date     Location

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-9-05 | Byron Farley, CBP CEO | *Byron Farley* |
| DATE OF ARREST 3-9-05 | | |