IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

**CRIMINAL MINUTES**

FILED
DISTRICT COURT OF GUAM
MAR 10 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO.:** CR-05-00023  **DATE:** 03/10/2005  **TIME:** 2:48:42 - 2:57:__

HON. JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE   Law Clerk: JUDITH HATTORI
Official Court Reporter: WANDA MILES                  Courtroom Deputy: ███
Court Recorder: N/A                                    CSO: B. Benavente & J. Lizama

**APPEARANCES**

**DEFT:** SUTAJI                                       **ATTY:** JOHN GORMAN
(✓) PRESENT (✓) CUSTODY ( ) BOND ( ) P.R.              (✓) PRESENT ( ) RETAINED (✓) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK                          **AGENT:**

**U.S. PROBATION:** ROSANNA VILLAGOMEZ-AGUON           **U.S. MARSHAL:** P. RABINA & R. LUMAGUI

**INTERPRETER:** MIMI CLINARD                          **LANGUAGE:** INDONESIAN

**PROCEEDINGS:** INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT

(✓) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

FEDERAL PUBLIC DEFENDER    APPOINTED TO REPRESENT THE DEFENDANT

( ) DEFENDANT SWORN AND EXAMINED

            AGE:                SCHOOL COMPLETED:

(✓) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

( ) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

(✓) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION (✓) INDICTMENT

**PRELIMINARY EXAMINATION SET FOR:**
**ARRAIGNMENT SET FOR:**
**TRIAL SET FOR:** MAY 5, 2005 at 9:30 a.m.
**PROCEEDINGS CONTINUED TO:**

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(✓) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR
        ( ) PROCESSING   (✓) DETENTION

**NOTES:**
Trial Order executed.