

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
SUTAJI

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05 00023 |
|---|---|
| Plaintiff, | ) MOTION TO SCHEDULE CHANGE OF<br>) PLEA HEARING; CERTIFICATE OF |
| vs. | ) SERVICE |
| SUTAJI, | ) |
| Defendant. | ) |

COMES NOW the defendant, SUTAJI, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a time for defendant's change of plea from not guilty to guilty. There is no written plea agreement in this case.

DATED: Mongmong, Guam, March 24, 2005.

JOHN T. GORMAN
Attorney for Defendant
SUTAJI

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on March 24, 2005:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, March 24, 2005.

RENATE DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
SUTAJI