JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
SUTAJI

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00023 |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| SUTAJI, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case is scheduled __Thursday April 7__, 2005, at __2:30__ p.m.

DATED: Hagatna, Guam, __4/4/05__.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam



RECEIVED
APR - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

