# UNITED STATES DISTRICT COURT

**FILED**
DISTRICT COURT OF GUAM

APR - 7 2005

DISTRICT OF _____ GUAM

MARY L.M. MORAN
CLERK OF COURT

⑨

United States of America

**NOTICE**

V.

**SUTAJI**

CASE NUMBER: **CR-05-00023**

---

TYPE OF CASE:

☐ CIVIL          X CRIMINAL

---

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**CHANGE OF PLEA**

---

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Room 413** | **Thursday, April 7, 2005 at 2:30 p.m.** | **Friday, April 8, 2005 at 2:15 a.m.** |

**MARY L.M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**April 7, 2005**
DATE

(BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Curtis Van de Veld
      U.S. Probation Office
      U.S. Marshal Service