AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____GUAM_____

United States of America

V.

**SUTAJI**

**AMENDED NOTICE**

CASE NUMBER: CR-05-00023

**FILED**
DISTRICT COURT OF GUAM
APR -7 2005
MARY L.M. MORAN
CLERK OF COURT

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**CHANGE OF PLEA**

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** 4th Floor, U.S. Courthouse 520 West Soledad Avenue Room 413 | Thursday, April 7, 2005 at 2:30 p.m. | Friday, April 8, 2005 at 2:15 p.m. |

**MARY L.M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**April 7, 2005**
DATE

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Federal Public Defender
U.S. Probation Office
U.S. Marshal Service