JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
SUTAJI



**FILED**
DISTRICT COURT OF GUAM

JUL -5 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00023 |
| Plaintiff, ) | RESPONSE TO PRESENTENCE REPORT; CERTIFICATE OF SERVICE |
| vs. ) | |
| SUTAJI, ) | |
| Defendant. ) | |

Defendant, SUTAJI, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Presentence Investigation Report.

DATED: Mongmong, Guam, July 5, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
SUTAJI

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on July 5, 2005:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

CARLEEN BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, July 5, 2005.

_____
ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
SUTAJI