AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ GUAM _____



**FILED**
DISTRICT COURT OF GUAM
JUL - 6 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

SUTAJI aka ABADI DAHLAN

NOTICE

CASE   CR-05-00023-001

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. District Court<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | July 7, 2005 at 10:00 A.M. | July 8, 2005 at 2:00 P.M. |

Mary L. M. Moran
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

JUL -6 2005
DATE

(BY) DEPUTY CLERK

TO:   Karon Johnson
      John Gorman
      U.S. Probation
      U.S. Marshal